STATE OF NEW JERSEY v. VINCENT MICHAEL MORRIS.

March 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BALDWIN.

March 1, 1977. Petition for certification denied.

ANGELA M. RICIGLIANO v. BOARD OF REVIEW.

March 1, 1977. Petition for certification denied.

HEATHER SCALA v. JOHN J. McCOLE.

March 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR FITZPATRICK.

March 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR FITZPATRICK.

March 1, 1977. Cross-petition for certification granted and matter remanded to Appellate Division.